IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-cr-00503-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4    JACQUELYNN BRADLEY,

    Defendant.

---

## ORDER

---

This matter is before the court on Defendant Bradley's motion to Modify Conditions of Pretrial Release" [Doc. No. 56].

It is **ORDERED**

1.    The Pretrial Services Division of the Probation Department is directed to prepare a suitability report concerning the placement of the Defendant at the home of and in the third-party custody of Defendant's mother, reviewing whether Ms. Bradley's mother would be a suitable third-party custodian and whether the mother's home would be a suitable residence for the Defendant during her pretrial release period. The Probation Department shall file the suitability report with the court at the earliest possible time. Said report shall be filed restricted level one.

2.	Within 3 days of the filing of the suitability report, the Government shall file its response to the Defendant's Motion to Modify Conditions of Pretrial Release.

DATED this 16th day of March, 2015.

BY THE COURT:

*Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge